THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM WASHINGTON and ARTHUR JOHNSON, Appellants.

Argued January 15, 1947; decided February 28, 1947.

*Meyer E. Fried, Leo Healy* and *Mario Sileo* for appellant William Washington.

*Harry Chiert, William W. Kleinman* and *Charles R. Rubin* for appellant Arthur Johnson.

*Miles F. McDonald,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of RESTAURANTS & PATISSERIES LONGCHAMPS, INC., et al., Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.

Argued February 28, 1947; decided February 28, 1947.

*J. Bertram Wegman, Richard J. Burke, Jesse Moss* and *Myron L. Shapiro* for appellants.

*Alvin McKinley Sylvester* and *Jack Reinstein* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

CATHERINE A. QUINN, as Administratrix of the Estate of THOMAS P. QUINN, Deceased, Appellant, v. BROADWAY-NEW STREET CORPORATION, Respondent.

Argued January 13, 1947; decided February 28, 1947.